# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Access Living of Metropolitan Chicago, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-02087 |
| | ) | |
| BHC5820, LLC et al., | ) | Hon. Andrea R. Wood |
| | ) | |
| Defendants | ) | |
| | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE
## OF ALL CLAIMS AND PARTIES

It is hereby stipulated by and between plaintiff Access Living of Metropolitan Chicago and defendants BCH5820, LLC and Wilmette Real Estate Management Company, LLC that this case is hereby dismissed with prejudice.

This Stipulation for Dismissal with Prejudice of All Claims and Parties is based on Rule 41(a)(1) of the Federal Rules of Civil Procedure, and has been signed by counsel for all parties who have made an appearance herein. Each party is to bear its own attorneys' fees and costs.

Dated: July 21, 2016          Respectfully submitted,

               /s/ Casey Fronk

Joshua Rabinovitz
Casey Fronk
Bill Watson
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)

*Attorneys for the Plaintiff*

 /s/ Alan M. Didesch
Alan M. Didesch
107 Green Bay Road
Wilmette, IL 60091
(847) 920-2079
(847) 256-1092 (fax)

*Attorney for the Defendants*

## CERTIFICATE OF SERVICE

I, Casey R. Fronk, hereby certify that on July 21, 2016, I caused a copy of the foregoing to be served by filing the foregoing electronically through the CM/ECF system, which caused a Notice of Electronic Filing to the parties registered to the Court's CM/ECF system for this action, and by electronic mail upon the following counsel of record for Defendant:

Alan M. Didesch
107 Green Bay Road
Wilmette, IL  60091
(847) 920-2079
(847) 256-1092 (fax)

/s/ Casey Fronk_____
Joshua Rabinovitz
Casey Fronk
Bill Watson
KIRKLAND & ELLIS LLP
300 N. LaSalle
Chicago, IL  60654
(312) 862-2000
(312) 862-2200 (fax)

*Attorneys for the Plaintiff*